**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND/ODESSA DIVISION**

| | |
|---|---|
| INTENT IQ, LLC,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC., AMAZON.COM SERVICES LLC and AMAZON WEB SERVICES, INC.,<br><br>Defendants. | Civil Action No. 7:25-cv-00165-ADA<br><br>**JURY TRIAL DEMANDED** |

**JOINT CLAIM CONSTRUCTION STATEMENT**

In accordance with the Court's Amended Scheduling Order, Plaintiff Intent IQ, LLC ("Intent IQ") and Defendants Amazon.com, Inc.; Amazon.com Services LLC; and Amazon Web Services, Inc. (collectively, "Amazon") hereby submit this Joint Claim Construction Statement. The disputed claim terms identified below are found in U.S. Patent Nos. 10,321,198 (the "198 Patent"), 8,677,398 (the "398 Patent"), and 12,212,818 (the "818 Patent").

# I. DISPUTED TERMS

## A. "set-top box" / "set top box"

| Term | Amazon's Proposed Construction | Intent IQ's Proposed Construction |
|---|---|---|
| "set-top box" / "set top box"<br><br>198 patent, cls. 1, 3, 6, 8, 11, 12, 15, 16;<br>398 patent, cls. 6, 20;<br>818 patent, cl. 16.<br><br>Proposed by Amazon | "a device that connects a television and a signal source by receiving an incoming signal, extracting content from the received signal, and transmitting the extracted content to the television to be presented to a viewer." | "a device or software that receives an incoming signal, extracts content from the received signal, and transmits the extracted content to be presented to a viewer via a television" |

## B. "personally identifiable information"

| Term | Amazon's Proposed Construction | Intent IQ's Proposed Construction |
|---|---|---|
| "personally identifiable information"<br><br>198 patent, cls. 1, 3;<br>398 patent, cls. 12, 26;<br>818 patent, cl. 1.<br><br>Proposed by Amazon | "information that can be used to identify a specific person, including but not limited to: name, Social Security number (SSN), date of birth, street address, email address, static IP address (if any), phone number (home, work, wireless), financial account numbers (bank accounts, credit accounts, or any other financial data), driver's license number, vehicle registration number, vehicle license number, facial photographs, fingerprints, handwriting or signature, or any other information that can assist in identifying a specific person." | "Personally identifiable information is information that can be used to identify a specific person (as opposed to non-personally identifiable information, which is information about a person that typically cannot be used to specifically identify that person).<br><br>Personally identifiable information includes but is not limited to: name, Social Security number (SSN), date of birth, street address, email address, static IP address (if any), phone number (home, work, wireless), financial account numbers (bank accounts, credit accounts, or any other financial data), driver's license number, vehicle registration number, vehicle license number, facial |

| Term | Amazon's Proposed Construction | Intent IQ's Proposed Construction |
|---|---|---|
| | | photographs, fingerprints, handwriting or signature, or any other information that can assist in identifying a specific person. Non-personally identifiable information includes but is not limited to: city, state, or country of residence, age, gender, race, ethnicity, school or workplace (if sufficiently large), salary or income, hobbies, dynamically assigned IP addresses, online sites visited, online searches conducted, or other information that is useful to know about a person but done not by itself allow one knowing the information to identify the particular person."[1] |

**C. "electronic indicia" / "indicia"**

| Term | Amazon's Proposed Construction | Intent IQ's Proposed Construction |
|---|---|---|
| "electronic indicia" / "indicia"<br><br>198 patent, cl. 2;<br>398 patent, cls. 1, 4, 9, 10, 12, 14, 18, 23, 24, 26.<br><br>Proposed by Amazon | Indefinite | Not indefinite; no construction necessary; plain and ordinary meaning |

[1] Intent IQ originally proposed a different construction for personally identifiable information: "information about a person that can be used to identify a specific person (as opposed to non-personally-identifiable information, which is information about a person that typically cannot be used to specifically identify that person)." (11/17/2025 Email from J. Milkey to J. Kuncheria.) Intent IQ later revised its construction in its Responsive Brief to the one presented here. (Dkt. 39 at 7.)

### D. "predetermined time-relation criterion"

| Term | Amazon's Proposed Construction | Intent IQ's Proposed Construction |
|---|---|---|
| "predetermined time-relation criterion"<br><br>818 patent, cls. 1, 13, 14.<br><br>Proposed by Amazon | "time-based relationship specified before the two or more Internet-accessing devices have accessed the Internet via the common IP address"<br><br>Alternatively[2]:<br><br>"a standard specifying a time-based relationship specified before the two or more Internet-accessing devices have accessed the Internet via the common IP address." | No construction necessary; plain and ordinary meaning |

[2] Amazon proposed this alternative construction in its Reply Brief in the interest of eliminating a dispute. (Dkt. 42 at 13 n.10.)

Dated: February 12, 2026

Respectfully submitted,

By: */s/ James A. Milkey*

Reza Mirzaie
CA State Bar No. 246953
Marc A. Fenster
CA State Bar No. 181067
Brian D. Ledahl
CA State Bar No. 186579
Adam S. Hoffman
CA State Bar No. 218470
James A. Milkey
CA State Bar No. 281283
Philip X. Wang
CA State Bar No. 262239
James Tsuei
CA State Bar No. 285530
Jonathan Ma
CA State Bar No. 312773
Joshua M. Scheufler
TX State Bar No. 24123406
Daniel B. Kolko
CA State Bar No. 341680
**RUSS AUGUST & KABAT**
12424 Wilshire Boulevard 12th Floor
Los Angeles, California 90025
Tel: 310-826-7474
Fax: 310-826-6991
rmirzaie@raklaw.com
mfenster@raklaw.com
bledahl@raklaw.com
ahoffman@raklaw.com
jmilkey@raklaw.com
pwang@raklaw.com
jtsuei@raklaw.com
jma@raklaw.com
jscheufler@raklaw.com
dkolko@raklaw.com

*Attorneys for Plaintiff*
*Intent IQ, LLC*

By: */s/ J. David Hadden*

J. David Hadden, CA Bar No.176148
(Admitted W.D. Tex.)
Email: dhadden@fenwick.com
Saina S. Shamilov, CA Bar No. 215636
(Admitted W.D. Tex.)
Email: sshamilov@fenwick.com
Ravi R. Ranganath, CA Bar No. 272981
(Admitted W.D. Tex.)
Email: rranganath@fenwick.com
Johnson Kuncheria, TX Bar No. 24070092
(Admitted W.D. Tex.)
Email: jkuncheria@fenwick.com
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041
Telephone: 650.988.8500
Facsimile: 650.938.5200

Kevin X. McGann, NY Bar No.: 2842425
(Admitted W.D. Tex.)
Email: kmcgann@fenwick.com
Jessica W. Lin, NY Bar No. 5035860
(Admitted W.D. Tex.)
Email: jessica.lin@fenwick.com
FENWICK & WEST LLP
902 Broadway, 18th Floor
New York, NY 10010-6035
Telephone: 212.430.2600

*Counsel for Defendants*
*AMAZON.COM, INC.*
*AMAZON.COM SERVICES LLC, and*
*AMAZON WEB SERVICES, INC.*

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). All other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by first class mail.

/s/ *J. David Hadden*
J. David Hadden